# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,**

     **Plaintiff,**

**V.**                                                  Case No: 6:11-cv-2033-Orl-22GJK

**CLARDY MALUGEN and REGIONS BANK,**

     **Defendants.**

## ORDER

This cause is before the Court on SunTrust's Motion for Attorneys' Fees and Costs (Doc. No. 6) filed on December 23, 2011, and on SunTrust's Motion for Attorneys' Fees Pursuant to Court's Order (Doc. No. 12) filed on January 30, 2012.

The United States Magistrate Judge has submitted a Report and Recommendation on the Motions.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 3, 2012 (Doc. No. 19), is ADOPTED and CONFIRMED and made a part of this Order.

2. SunTrust's Motion for Attorneys' Fees and Costs pursuant to 28 U.S.C.§1447(c) is DENIED to the extent it seeks an award of fees against Defendant Clardy Malugen's Counsel

Lora S. Scott. In light of Defendant Clardy Malugen's pending bankruptcy petition, the quantification of fees to be awarded against said Defendant is **STAYED**. Plaintiff may reinstate this Motion to active status, upon proper motion at the conclusion of the bankruptcy proceedings, should this matter not be resolved by those proceedings.

3. The Court finds Lora S. Scott has violated Rule 11, Fed.R.Civ.P., by filing the Notice of Removal without a basis that has some arguable merit. Ms. Scott is hereby FINED $500.00, payable to the Clerk of the Court within fourteen days of the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on April 20, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record